IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHEILA ELAINE HOWLEY,

     Appellant,

 v.

HATSADY PANYANOUVONG; HATSADY
PANYANOUVONG, AS ADMINISTRATOR
AD LITEM FOR THE ESTATE OF BOUNSOU
PANYANOUVONG, DECEASED; and STATE
FARM MUTUAL AUTOMOBILE INSURANCE CO.,
A FOREIGN PROFIT CORPORATION,

     Appellees.

Case No.  5D20-1477
LT Case No. 2014-CA-2580

_____/

Decision filed December 20, 2022

Appeal from the Circuit Court
for Seminole County,
Michael J. Rudisill, Judge.

Andrew A. Harris, of Harris Appeals,
P.A., Palm Beach Gardens, and Ryan
P. Rudd, of Morgan & Morgan, P.A.,
Orlando, and Eric S. Block, of Morgan &
Morgan, P.A., Jacksonville, for Appellant.

Elizabeth K. Russo, of Russo Appellate
Firm, P.A., Miami, and Jane H. Clark, of
Clark & Partners, P.A., Ocoee, for
Appellee, Hatsady Panyanouvong.

No Appearance for Appellee, State
Farm Mutual Automobile Insurance Co.


PER CURIAM.

AFFIRMED.


LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.